[S. F. No. 4955.   In Bank.—February 10, 1908.]

## FRED WOODWORTH, Petitioner, v. SUPERIOR COURT OF THE COUNTY OF MARIN, Respondent.

PROHIBITION—ACTION TO PREVENT ISSUANCE OF CERTIFICATE OF PURCHASE OF STATE LAND—JURISDICTION.—The state may, under certain circumstances, maintain an action to prevent the issuance of a certificate of purchase of state lands, of which the superior court would have jurisdiction. Consequently, prohibition will not lie to prevent the prosecution of such an action, notwithstanding the complaint therein may be defective for failure to state a cause of action.

APPLICATION for a Writ of Prohibition directed to the Superior Court of Marin County.   Thos. J. Lennon, Judge.

The facts are stated in the opinion of the court.

Fred Woodworth, *in pro. per.*, for Petitioner.

THE COURT.—It cannot be held that the state may not, under some circumstances, maintain an action to prevent the issuance of a certificate of purchase of state land, which, as we read the pleadings, is practically the character of the action, the prosecution of which is here sought to be enjoined by prohibition.   If this be so, we cannot say that the superior court has no *jurisdiction* of the action.   The objection made by petitioner really is that the complaint does not state facts sufficient to constitute a cause of action.   It may be that the complaint here does not state facts sufficient to constitute a cause of action, but that is a matter for the trial court to determine in the exercise of its jurisdiction, and prohibition will not lie.

Application denied.